1  LAWRENCE G. BROWN
   Acting United States Attorney
2  STANLEY A. BOONE
   SHEILA K. OBERTO
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )    1:08-CR-00359 LJO
                                   )
12                Plaintiff,       )    PRELIMINARY ORDER OF FORFEITURE
                                   )
13          v.                     )
                                   )
14  JOSE M. MATA, and              )
    MARIA BENTEZ,                  )
15                                 )
                  Defendants.      )
16  _____)

17      Based upon the plea agreements entered into between plaintiff

18  United States of America and defendants Jose M. Mata and Maria

19  Benitez, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

20      1.   Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

21  2461(c), defendants Jose M. Mata and Maria Benitez' interests in the

22  following property shall be condemned and forfeited to the United

23  States of America, to be disposed of according to law:

24          a.   Approximately $1,178.00 in U.S. Currency, which
                 was seized on or about September 25, 2008.
25

26      2.   The above-listed property constitutes or was derived from

27  proceeds traceable to a violation of 18 U.S.C. § 371 - Conspiracy to

28  Commit Mail Fraud and Identity Theft.

                               1

1    3.    Pursuant to Rule 32.2(b), the Attorney General (or a

2  designee) shall be authorized to seize the above-listed property.

3  The aforementioned property shall be seized and held by the U.S.

4  Marshals Service, in its secure custody and control.

5    4.    a.    Pursuant to 28 U.S.C. § 2461(c) incorporating 21

6  U.S.C. § 853(n) and Local Rule 83-171, the United States shall

7  publish notice of the order of forfeiture.  Notice of this Order and

8  notice of the Attorney General's (or a designee's) intent to dispose

9  of the property in such manner as the Attorney General may direct

10  shall be posted for at least 30 consecutive days on the official

11  internet government forfeiture site www.forfeiture.gov.  The United

12  States may also, to the extent practicable, provide direct written

13  notice to any person known to have an alleged interest in the

14  property that is the subject of the order of forfeiture as a

15  substitute for published notice as to those persons so notified.

16    b.    This notice shall state that any person, other than

17  the defendants, asserting a legal interest in the above-listed

18  property, must file a petition with the Court within sixty (60) days

19  from the first day of publication of the Notice of Forfeiture posted

20  on the official government forfeiture site, or within thirty (30)

21  days from receipt of direct written notice, whichever is earlier.

22    5.    If a petition is timely filed, upon adjudication of all

23  third-party interests, if any, this Court will enter a Final Order

24  ///

25  ///

26  ///

27  ///

28  ///

1  of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2  2461(c), in which all interest will be addressed.

3      IT IS SO ORDERED.

4  **Dated:    January 29, 2009**              **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE