```
                                                    FILED
                                                  MAR 1 3 2009
                                              CLERK, U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF CALIFORNIA
                                              BY_____
                                                        DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No. 1:08-CR-359 LJO |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE M. MATA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The above named defendant having been sentenced on March 13, 2009, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: March 13, 2009

_____
LAWRENCE J. O'NEILL
U.S. District Judge

9/26/96 exonbnd.frm

1